

MARK DAVID SHIRIAN P.C.
228 East 45th Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931- 6530
Fax: (212) 898 - 0163
www.shirianpc.com

MARK DAVID SHIRIAN
mshirian@shirianpc.com

March 19, 2025

<u>*VIA CM/ECF*</u>
Hon. Miroslav Lovric
United States Magistrate Judge
United States District Court for the Northern District of New York
Federal Building and United States Courthouse
15 Henry Street
Binghamton, New York 13901

Re: *Theodore Barbuto v. Syracuse University et. al.*
Civil Case No.: 5:23-CV-245 (DNH/ML)

Dear Judge Lovric:

Our office represents the Plaintiff in the above-referenced matter. We write jointly with defense counsel to provide the Court with a status update regarding the scheduling of depositions in this case.

The parties have conferred and agreed to the following deposition schedule:

- The deposition of Plaintiff, Theodore Barbuto, is scheduled to be held on April 30, 2025.
- The deposition of Defendant, Mary Pat Grzymala, is scheduled to be held on May 8, 2025.

Additionally, at this time, the parties do not anticipate retaining experts. We will continue to work cooperatively to ensure the progression of discovery in this matter and will promptly inform the Court of any further developments as necessary.

Thank you for your attention to this matter.

Respectfully submitted,

Mark David Shirian

Cc:

All attonreys of record  (Via ECF)