UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**THEODORE BARBUTO,**

                *Plaintiff,*

-vs-

**SYRACUSE UNIVERSITY AND MARY PAT GRZYMALA, individually and in her official capacity,**

                *Defendants.*

Civil Action No.
5:23-CV-245 (AJB/ML)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law; Declaration of Mary Pat Grzymala, with exhibit; Declaration of Cathy Bottari, with exhibits; Declaration of Edward G. Melvin II, Esq., with exhibits; and Statement of Undisputed Material Facts, Defendants Syracuse University and Mary Pat Grzymala will move this Court before the Honorable Judge Anthony J. Brindisi at the Alexander Pirnie Federal Building and United States Courthouse, 10 Broad Street, Utica, New York for an Order dismissing Plaintiff's Complaint in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure.

DATED: August 14, 2025

**BARCLAY DAMON LLP**

By: _____
Edward G. Melvin II
Bar Roll No. 509037
*Attorneys for Defendants*
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 425-2783
emelvin@barclaydamon.com